Ross Andrews, appellant, v. J. S. Lawrence, appellee. Gen. No. 9,157.

Opinion filed January 18, 1937. Rehearing denied February 20, 1937.

DeGoy B. Ellis and Paul M. Hamilton, for appellant. Rathje, Hinckley, Barnard, Kulp & Tucker, for appellee; Charles D. Page, of counsel.

Mr. Presiding Justice Huffman delivered the opinion of the court.